No. 567.   HOFFA *v.* GRAY, U. S. DISTRICT JUDGE.   C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Jacob Kossman* and *Z. T. Osborn, Jr.* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller* and *Robert S. Erdahl* for respondent.

No. 416.   HUTCHESON *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition.   *Joseph P. Tumulty, Jr.* and *Charles H. Tuttle* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 418.   THOMPSON MAHOGANY Co. *v.* PENNSYLVANIA RAILROAD Co.   C. A. 3d Cir.   Certiorari denied.   *Francis E. Marshall* for petitioner.   *F. Hastings Griffin, Jr.* for respondent.

No. 410.   RYAN ET AL. *v.* HIRSCH, SHERIFF.   Supreme Court of Ohio.   Certiorari denied.   MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition.   *Merritt W. Green II* and *Merritt W. Green* for petitioners.   *Harry Friberg* for respondent.

No. 113, Misc.   JAMES *v.* BOLES, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied. Petitioner *pro se.*   *C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell,* Assistant Attorney General, for respondent.